**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard GRAVELY, Defendant–Appellant.**

**No. 01–8091.**

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

Richard Gravely, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Gravely appeals the district court's order adopting the report and rec-

ommendation of the magistrate judge and denying his coram nobis petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Gravely,* No. CR–94–82 (S.D.W.Va. Dec. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*